THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MORRIS MINTER,

    Plaintiff,

v.

NANCY BERRYHILL,[1]
ACTING COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

3:17-CV-763
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 27th DAY OF JUNE, 2018, upon review of Magistrate Judge Mehalchick's Report & Recommendation, (Doc. 16), for clear error and manifest injustice,[2]

**IT IS HEREBY ORDERED THAT:**

1. The Report & Recommendation, (Doc. 16), is **ADOPTED**, for the reasons discussed therein.

2. The Commissioner's decision is **VACATED**.

3. The case is **REMANDED** to an Administrative Law Judge for further proceedings consistent with this Order and the Report & Recommendation.

4. The Clerk of Court is directed to **CLOSE** this case.

                                            Robert D. Mariani
                                            United States District Judge

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Acting Commissioner Nancy A. Berryhill is automatically substituted as the named defendant in place of former Acting Commissioner Carolyn W. Colvin.

[2] By letter dated June 27, 2018, the government informed this Court that it has waived its opportunity to object to the Report and Recommendation. (Doc. 17).